

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

February 17, 2022

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm 618
New York, NY 10007



Re: <u>Kuhmstedt v. ViacomCBS Inc.,</u> 1:21-cv-07810 (KPF)

Dear Judge Failla:

    We represent plaintiff Bernard Kuhmstedt ("Plaintiff") in the above-captioned case and write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request a 30-day extension of time to file a Stipulation of Dismissal (or otherwise move to re-open the case).

(1) the current deadline for the parties to file a Stipulation of Dismissal is February 21, 2022 [Dkt. No. 14];

(2) there were no previous requests for an extension;

(3) no previous requests were granted or denied;

(4) the parties respectfully request an additional 30-day extension in order to consummate their settlement.  While the Parties have executed a settlement agreement, they have yet to consummate the transaction but are endeavoring to do so.

(5) Counsel for Defendant ViacomCBS, Inc. consents to the requested relief.

                                                   Respectfully Submitted,

                                                   **s/jameshfreeman/**
                                                   James H. Freeman

                                                   *Counsel for Plaintiff*

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 17.

Dated:  February 18, 2022        SO ORDERED.
        New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE